# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | CASE NO. 1:12-cv-01398-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 11) |
| STATE WATER SYSTEM I.D. #1510802, et al., | |
| Defendants. | |

Plaintiff Clarence Leon Dews, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 17, 2012. On December 17, 2012, Plaintiff filed a motion "for any and all fact finding notification" and to proceed with discovery.

Plaintiff's motion does not seek any recognizable forms of relief to which he is currently entitled. Plaintiff's complaint is pending screening and Plaintiff was informed both of the screening process and that discovery will not commence until an answer is filed. 28 U.S.C. § 1915A; Doc. 2, 1st Info. Order, ¶¶8, 12.) Plaintiff is directed to re-read the First Informational Order, filed on August 29, 2012.

Based on the foregoing, Plaintiff's motion is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:   December 21, 2012**            /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE